**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6786**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JOHN WALKER,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda Wright Allen, District Judge.  (4:09-cr-00059-AWA-JEB-1)

Submitted:  August 22, 2013          Decided:  August 27, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Walker, Appellant Pro Se.  Robert Edward Bradenham, II, Eric Matthew Hurt, Assistant United States Attorneys, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Walker appeals the district court's order denying his motion for reconsideration of his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Walker's informal brief does not challenge the basis for the district court's disposition, Walker has forfeited appellate review of the court's order. In any event, the district court properly concluded that it lacked authority to consider Walker's motion for reconsideration. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (holding that 18 U.S.C. § 3582 forbids ruling on motion to reconsider § 3582(c)(2) sentence reduction order). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED